UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ZURICH INSURANCE CO.,

               Plaintiff,

    -against-

MARYLAND LLOYDS, et al.,

              Defendant.
----------------------------------------X

07 Civ. 2596 (WHP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/09

WILLIAM H. PAULEY III, District Judge:

The Clerk of Court is directed to mark the case closed.

Dated: October 19, 2009
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*

Lisa Ann Scognamillo
Badiak & Will, LLP
106 Third Street
Mineola, NY 11501-4404
*Counsel for Plaintiff*